QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL WITBECK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:04-cr-401 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED]ORDER |
| v. | ) ) | VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| MICHAEL WITBECK, | ) ) | |
| Defendant. | ) ) | Date: May 13, 2005 Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Segal, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant MICHAEL WITBECK, that the status conference scheduled for April 15, 2005, was vacated by agreement of the parties and the matter continued to an agreed date of May 13, 2005.  A contemporaneous stipulation and order documenting this agreement was inadvertently not filed.  This oversight was brought to light in connection with review of the status of information shared between the parties with an eye to resolving the case without trial. Review of that information and further consultation with the defendant is still on-going.  In order to permit completion of this undertaking it is now stipulated that the matter be continued for status conference

on this court's criminal calendar on June 10, 2005, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled between April 15, 2005, and May 13, 2005, and the time from May 13, 2005 through and including June 10, 2005, pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The court is advised that counsel have conferred about this request, that they have agreed to the June 10 date, and that Mr. Segal has authorized Mr. Staniels to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated:  May 12, 2005               /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   MICHAEL WITBECK


Dated:  May 12, 2005               /S/ Matthew Segal
                                   MATTHEW SEGAL
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated:  May 17, 2005

                                   /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge