MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.   ) <br> ) <br> MICHAEL WITBECK, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. CR S 04-401 GEB <br><br> STIPULATION OF EXCLUDABLE TIME |

    This case was dropped from calendar pending a stipulation from the parties.  The parties request that a status conference be set for August 5, 2005 and stipulate that the time beginning June 10, 2005 and extending through August 5, 2005 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, counsel needs time to evaluate an expected proposed plea agreement, defendant's criminal history, and other information material to the possible sentence

1

in this case.  Further, counsel for the defendant is unavailable from June 28, 2005 to July 22, 2005.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: June 15, 2005    By:    /s/ Matt Segal
MATTHEW D. SEGAL
Assistant U.S. Attorney

DATE: June 15, 2005       /s/ Jeff Staniels
JEFFREY L. STANIELS
Attorney for Michael Witbeck

**SO ORDERED.**

Dated:  June 16, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge