```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 04-401 GEB |
| Plaintiff, ) | |
| ) | STIPULATION OF EXCLUDABLE |
| v. ) | TIME |
| MICHAEL WITBECK, ) | |
| Defendant. ) | |
| _____) | |

This case was dropped from the February 3, 2006 calendar pending a stipulation from the parties. The parties request that a status conference be set for February 24, 2006 and stipulate that the time beginning February 3, 2006 and extending through February 24, 2006 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, counsel need time to evaluate possible defenses and witnesses. The parties stipulate and agree that the interests of justice served

by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                                Respectfully Submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATE: February 6, 2006       By:    /s/ Matt Segal
                                              MATTHEW D. SEGAL
                                              Assistant U.S. Attorney

DATE: February 6, 2006                /s/ J. Toney
                                              J. TONEY
                                              Attorney for Michael Witbeck

                                                  **SO ORDERED.**

Dated:  February 9, 2006

                                          /s/ Garland E. Burrell, Jr.
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge