J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Michael Witbeck

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>  v.<br>MICHAEL ALLEN WITBECK<br><br>      Defendant, | Cr. No. S-04-401 GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING SENTENCING HEARING<br>(Jan 5, 2007 at 1:30 PM before Judge Burrell) |

This matter is now set for a contested sentencing hearing on December 1, 2006.  Because of a schedule conflict involving a capital homicide case in Yolo County, Defendant's Attorney, J. Toney is requesting a continuance.  The Defendant and U. S. Attorney have no objection to this continuance. It is therefore stipulated between the parties that the presently set hearing be continued to Friday, January 5, 2007 at 1:30 PM before Judge Burrell.

Dated November 29, 2006

     /s                                   /s

Matthew Segal                     J. Toney

Assistant U.S. Attorney       Attorney for Michael Witbeck

1

ORDER

Pursuant to Stipulation by the parties, the presently set sentencing hearing is ordered reset to January 5, 2007 at 1:30 PM.

Dated:  November 29, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

2